UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 8:23-cr-202-MSS-CPT

TONY L. WIGGINS, JR.

**THE PARTIES' JOINT STATUS**
**REPORT FOR NOVEMBER 4, 2026**

The United States of America, by and through its representative, the undersigned Assistant United States Attorney, respectfully submits the instant joint status report as to whether the Defendant's state court case has been resolved.

**1. Background**

On June 21, 2023, a federal grand jury returned a one-count indictment charging the Defendant with being a felon in possession of ammunition. Dkt. 1. On October 12, 2023, a federal grand jury returned a two-count superseding indictment, the second count charging Defendant with being a felon in possession of a firearm. Dkt. 29.

On February 12, 2025, the Defendant filed a Motion to Stay this case until the resolution of the state murder case, which the Court granted. Dkt. 105, 110.

**2. Defendant's State Case**

On October 14, 2026, the Defendant was sentenced to life in prison without the possibility of parole after a jury convicted him of three counts of first-degree murder. The Defendant has filed an appeal.

The defense's position is that the stay of the federal case should remain in place until Mr. Wiggins's appeal of the murder case is fully resolved. The same concerns the defense had when the Court originally stayed the federal case still apply today: a guilty plea would implicate Mr. Wiggins in the murders; at a trial Mr. Wiggins could not testify without risking that his testimony would be used against him in the murder case.

The Government agrees that the state case is not resolved.

The United States has contacted counsel for the Defendant, who does not object to the above information.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Michael R. Kenneth*
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274 6103
E-Mail: michael.kenneth@usdoj.gov

**U.S. v. WIGGINS** **Case No. 8:23-cr-202-MSS-CPT**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the parties of record.

*/s/ Michael R. Kenneth*
Michael R. Kenneth
Assistant United States Attorney
Florida Bar No. 44341
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: 813-274-6000
Facsimile: 813-274 6103
E-Mail: michael.kenneth@usdoj.gov